```
1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   SHERRI MCELROY  Bar No. 130142
2  KATHLEEN HURLY  Bar No. 169907
   One Market Plaza, Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION, erroneously
6  sued as LOCKHEED MARTIN SPACE SYSTEMS
   COMPANY, aka, LOCKHEED MARTIN SPACE
7  SYSTEMS COMPANY - MISSILES & SPACE
   OPERATIONS
```

FILED

FEB - 9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GAIL E. JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN SPACE SYSTEMS COMPANY, AKA, LOCKHEED MARTIN SPACE SYSTEMS COMPANY - MISSILES & SPACE OPERATIONS,<br><br>Defendant. | CASE NO. CV 05-03020 RMW<br><br>**STIPULATION AND ORDER TO EXTEND ENE COMPLETION DATE** |

## STIPULATION

1. Judge Whyte ordered the parties to Early Neutral Evaluation ("ENE") to be completed by March 2, 2006;

2. Due to scheduling conflicts, the parties could not find a day when all participants at the ENE would be available; and

-1-   CASE NO. CV 05-03020 RMW
STIPULATION AND ORDER TO EXTEND ENE COMPLETION DATE

1  3.  The parties and the ENE evaluator have agreed to conduct the ENE on March 14, 2006;

2  4.  The parties stipulate that the ENE completion date may be extended to March 31, 2006.

Dated: 1-24-06

Marguerite Malloy
Law Offices of Michael C. Cohen
Counsel for Plaintiff

Dated: 1-24-06

Sherri McElroy
Sedgwick, Detert, Moran & Arnold LLP
Counsel for Defendant

**ORDER**

The ENE completion date in the above referenced case is extended to March 31, 2006.

Dated: 2/7/06

Ronald M Whyte
~~Magestrate Judge Wayne D. Brazil~~
U.S. District Court for the Northern District of California
District Judge Ronald M. Whyte